City of
JERSEY CITY

# Law Department

280 Grove Street
Jersey City, N.J. 07302

Fax    (201) 547-5230
       (201) 547-5229

May 6, 2005



Honorable Patty Shwartz, U.S.M.J.
U.S.P.O. & Courthouse Bldg., Rm. 477
P.O. Box 999
Newark, New Jersey 07101

Re:  Henry Pullin vs. Township of North Bergen, City of Jersey City et al.
     Civil Action No.:  03-3874(FSH)

Dear Judge Shwartz:

This is to confirm my conversation with Your Honor's Chambers, permitting the City of Jersey City until May 13, 2005, to respond to plaintiff's motion to amend the complaint. The reason for the need for the extension is that defendant City of Jersey City only received the motion papers from plaintiff on May 5, 2005.

Thank you.

Respectfully submitted,

BILL MATSIKOUDIS
Corporation Counsel

JOHN C. CAULFIELD
Assistant Corporation Counsel

JC/dc
cc:   Jeffrey Horblit, Esq.
      John R. Dineen, Esq.
      William J. Hanley, Esq.
      Robert T. Pindulic, Esq.

So ordered this
10th day of May, 2005

Hon Patty Shwartz
U.S. Magistrate Judge